

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Allen Glenn Thomas,
\* From the 259th Court
of Jones County,
Trial Court No. 022100.

Vs. No. 11-12-00121-CV
\* June 12, 2014

Texas Department of Criminal Justice-
Institutional Division, et al.
\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's order of March 31, 2010, that declared Allen Glenn Thomas to be a vexatious litigant. We affirm the trial court's April 9, 2012 final judgment dismissing Allen Glenn Thomas's claims.